

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00265-CR

| | | |
|---|---|---|
| Cara Jean Tucker | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1414221W) |
| v. | § | February 25, 2016 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $400 fine. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth_____
     Justice Bonnie Sudderth